UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONCEPCION M. RAMIREZ,<br><br>     Plaintiff,<br><br>  vs.<br><br>NANCY A. BERRYHILL, Commissioner of Social Security,<br><br>     Defendant. | CASE NO. CV 17-8031 AGR<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that judgment is entered for the Plaintiff and that this action is remanded to the Commissioner for further proceedings consistent with the Memorandum Opinion and Order.

DATED: July 25, 2018

            ALICIA G. ROSENBERG
            United States Magistrate Judge